Conlon, W. Arnold Amberg and Roy S. Gaskill, Assistant Corporation Counsel, of counsel. No appearance for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Harry L. Harris and John A. Rodgers, trading as Harris & Rodgers, plaintiffs and appellees, v. Joseph Theodore Rampich, Jr., et al., defendants. Michael Joseph Millas and Josef Rampich, Sr., appellants. Gen. No. 30,417.

Action upon judgment note. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926. Rehearing denied March 27, 1926.

Frank H. Repetto, for appellants. William R. Riley, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Hattie Minniefield Gilbert, appellant, v. National Life & Accident Insurance Company, appellee. Gen. No. 30,447.

Action upon life insurance policies. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

Clanton, Clanton & Jones, for appellant. Murphy O. Tate, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Frederick G. Heinze and Ernest Weinsheimer, trading as F. Heinze & Company and Weinsheimer Teaming Company, appellees, v. General Accident, Fire & Life Assurance Corporation, Limited, appellant. Gen. No. 30,480.

Assumpsit upon policy of workmen's compensation insurance. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 16, 1926.

John A. Bloomingston, for appellant. Edward L. England, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Richard A. Pick, plaintiff, appellee, v. Martin Heyman, defendant, appellee. State Mutual Life Assurance Company of Worcester, Massachusetts, garnishee, appellant. Gen. No. 30,551.

Appeal from denial of motion to vacate judgment against garnishee and to strike alleged amended answer. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1925. Reversed on authority of Gen. No. 30,397 ante, p. 613. Opinion filed March 16, 1926.

Cutting, Moore & Sidley, for appellant; William D. Bangs and James F. Oates, Jr., of counsel. No appearance for appellees.

Per curiam.